UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA C. SAMUELIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. TREASURY, et al.,<br><br>    Defendants. | No. 2:18-cv-995-JAM-EFB PS<br><br><br><br>ORDER |

After this action was closed and judgment duly entered (*see* ECF Nos. 52, 53), plaintiff filed multiple miscellaneous documents (ECF No. 54, 55) and a motion to proceed *in forma pauperis* (ECF No. 56). The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure. The clerk is directed to terminate ECF No. 56.

    So ordered.

Dated: August 14, 2019.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE